**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**PATRICK GUILLORY,**

     **Plaintiff,**    5:21-cv-1117
              (GLS/ATB)
  v.

**UPSTATE UNIVERSITY POLICE**
**et al.,**

     **Defendants.**

**APPEARANCES:**     **OF COUNSEL:**

**FOR THE PLAINTIFF:**
PATRICK GUILLORY
*Pro Se*
50 Caton Drive
Apt. No. 54-C
Syracuse, NY 13214

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation (R&R) by Magistrate Judge Andrew T. Baxter duly filed December 14, 2021.  (Dkt. No. 5.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 4, 2022
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge